# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-2062     **Short Title:** O'Neil v. Canton Police Dept.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Canton Police Department; Town of Canton; Helena Rafferty; Officer Robert Zepf; Officer Michel Chin; Officer Anthony Pascarelli & Sgt. Joseph Silvasy as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Douglas I. Louison
Signature

December 11, 2023
Date

Douglas I. Louison, Esq.
Name

Louison, Costello, Condon & Pfaff, LLP
Firm Name (if applicable)

617-439-0305
Telephone Number

Ten Post Office Square
Address

617-439-0325
Fax Number

Boston, MA  02109
City, State, Zip Code

dlouison@lccplaw.com
Email (required)

Court of Appeals Bar Number: 57265

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).